# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 SOUTH MORTON AVENUE
MORTON, PENNSYLVANIA 19070
PH: 610.690.0801
FAX: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
E-Mail: ADIJIACOMO@WEISBERGLAWOFFICES.COM

July 14, 2023

Honorable Chad F. Kenney
United States Federal Judge
United States District Court
Eastern District of Pennsylvania
11613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 11-B
*Via ECF*

> Re:   ***Gustavo Marquez, et al. v. ABC Capital Investments, LLC, et al.***
> **United States District Court │ Eastern District of Pennsylvania**
> **No.: 23-cv-00606**

Dear Your Honor:

Undersigned Counsel represents Plaintiffs, Gustavo Marquez, Analia Hernandez, and El Espinnillo LLC in this matter, which was initiated on or about February 16, 2023. On March 16, 2023, this Honorable Court entered an Order that, *inter alia*, directed Plaintiff to file status reports regarding the related bankruptcies. Please accept this letter as the third of such status reports.

**ABC Capital Investments LLC (EDPA Bankruptcy No. 22-13060-elf)**
Since the last full status report in this matter, the Trustee's Motion for Contempt to Hold Debtor and its Principals in Contempt was granted on May 19, 2023 with significant, daily monetary fines. The Court scheduled a Status Hearing on the status of the production for June 28, 2023, which was continued to July 19, 2023.

Additionally, the Trustee filed a Motion to Compel Debtor's Prepetition Counsel to Turnover Records on June 28, 2023. Debtor's Prepetition Counsel is Attorney Swain per the Motion. A hearing on this motion is also set for July 19, 2023.

Finally, on July 5, 2023, the Trustee filed a Notice of Change from No-Asset to Asset Case.

**Stateside Philly LLC (EDPA Bankruptcy No. 22-13062-mdc)**
Since the last full status report in this matter, the Meeting of Creditors was concluded on June 2, 2023. The Trustee filed a Report of No Distribution on July 5, 2023.

**ABC Capital Realty LLC (EDPA Bankruptcy No. 23-10263-amc)**
This bankruptcy matter was dismissed on June 28, 2023 for failure of the debtor to appear at two scheduled Meeting of Creditors.

**ABC Capital RE LTD aka ABC Capital RE aka ABC Capital RE LLC (EDPA Bankruptcy No. 23-10361-amc)**
Since the last full status report in this matter, the Debtor has again failed to appear for the Meeting of Creditors. On June 22, 2023, the Court entered an Order to Appear and Show Cause why the bankruptcy should not be dismissed for Debtor's failure to appear at the meetings of creditors.  This hearing is scheduled for August 2, 2023.

Should this Honorable Court require any further information at this time or in advance to the next status report, due in sixty days, Plaintiff and Undersigned Counsel will abide further direction.

Respectfully submitted,

*/s/ L. Anthony DiJiacomo, III*

L. Anthony DiJiacomo, III